ERIC GRANT
United States Attorney
JEFFREY A. SPIVAK
BRITTANY M. GUNTER
Assistant United States Attorneys
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>AMBER LOUISE LOWE,<br><br>Defendant. | CASE NO. 1:23-CR-00131-SASP-BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND VACATE STATUS CONFERENCE; AND ORDER |

The United States of America, by and through its counsel of record, Assistant United States Attorneys Jeffrey A. Spivak and Brittany M. Gunter, and defendant Amber Louise Lowe, by and through defendant's counsel of record, Galatea DeLapp, hereby stipulate as follows:

1. The parties have reached a resolution and filed a plea agreement. ECF 62.

2. After conferring about available dates wherein counsel can appear, the parties request that the Court set a change of plea hearing for February 9, 2026. Defense counsel is requesting the February 9 date because the defendant is pending a medical surgery that is anticipated to occur between now and February 9. The defendant is receiving medical treatment where she is housed in Nevada. The proposed date will allow the defendant to obtain her medical treatment prior to traveling to Fresno, California to change her plea. The parties cleared the February 9 sentencing date with the courtroom deputy.

3. In light of the anticipated change of plea, the parties request that the Court vacate the

status conference currently set for December 10, 2025, as to this defendant only. ECF 60, 61.

4. The parties stipulate that the period of time from December 8, 2025, through February 9, 2026, is excludable pursuant to 18 U.S.C. 18 U.S.C. §§ 3161(h)(7)(A) and 3161(h)(7)(B)(i) and (iv) because it results from a continuance granted by the Court at the defense counsel's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

Dated:  December 8, 2025

ERIC GRANT
United States Attorney

/s/ BRITTANY M. GUNTER
BRITTANY M. GUNTER
Assistant United States Attorney

Dated:  December 8, 2025

/s/ GALATEA DELAPP
GALATEA DELAPP
Counsel for Defendant

### ORDER

IT IS SO ORDERED that the jury trial set for March 3, 2026 and trial confirmation set for February 17, 2026 are vacated as to Defendant Amber Louise Lowe. A change of plea hearing is set for **February 9, 2026, at 10:00 a.m. in Courtroom 5 before District Court Judge Dale A. Drozd.** Time was previously excluded through March 3, 2026.

IT IS SO ORDERED.

Dated:  **December 8, 2025**            /s/ Barbara A. McAuliffe
                                        UNITED STATES MAGISTRATE JUDGE