Galatea DeLapp, CA Bar #181581
Attorney at Law
1541 East Fairmont Ave., Suite 104
Fresno, CA 93704
(559) 803-0471


Attorney for Defendant
Amber Louise Lowe

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> ROY RICHARD TRUITT III AND AMBER LOUISE LOWE <br><br> Defendant. | Case No: 1:23-CR-000131-SASP-EPG-2 <br><br> **AMEDED STIPULATION & PROPOSED ORER TO CONTINUE SENTENCING ORDER** |

Galatea DeLapp, counsel of record for Defendant Amber Louise Lowe and Joseph Barton, counsel for plaintiff, hereby stipulate as follows:

1. By previous order, this matter was set for sentencing on **August 24, 2026**, before the Honorable Judge Drodz.

2. By this stipulation, the government and Ms. Lowe request that the sentencing hearing be continued to **November 16, 2026**, or to the earliest date thereafter that is convenient for the Court's calendar.

3. The reason for the continuance is to allow the Court to hear and rule on Defendant's pending motion for substitution of counsel (Docket No. 79) and counsel's motion to withdraw soon to be

1

AMENDED STIPULATION; ORDER

filed, which will be set for hearing on August 24, 2026.

IT IS SO STIPULATED.


Dated: June 16, 2026

/s/ Galatea DeLAPP
GALATEA DeLAPP
Attorney for Defendant Amber Lowe

Dated: June 16, 2026

/s/ Joseph D. BARTON
JOSEPH D. BARTON
Assistant United States Attorney
Attorney for Plaintiff
On behalf of ERIC GRANT, United States
Attorney

AMENDED STIPULATION; ORDER

2

**ORDER**

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that:

1. The sentencing hearing currently scheduled for August 24, 2026, is **CONTINUED** to **November 16, 2026**, at 10:00 a.m. in Fresno.

2. The Court finds that good cause exists for this continuance to allow for resolution of counsel-related motions and to ensure adequate preparation for sentencing.

IT IS SO ORDERED.

Dated:   **June 16, 2026**

_____
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

AMENDED STIPULATION; ORDER

3