Your honor,

I first want to start off by saying how remorseful I am for what I have done. How I have affected my daughter, broken her trust and her heart. I can only imagine how devastated she was when she found out what I had done five years earlier. It was one instance but to her it might as well of been a million, one time didn't effect her any less. I am not making any excuses for what I have done, but I hope the Court will allow me to explain the circumstances that led me to this point.

I believe several things contributed to my actions, including my need to please the abusive men in my life. This really started out with my father and the sexual abuse that I experienced from the age of four to ten years old. This started my relationships with men who would manipulate me with sex and I took this as love. On some level I knew it wasn't right that is why after me and my daughters father broke up I never allowed anyone around my daughter, I could never of lived with myself if she was sexually abused. I was always in relationships where I was physically abused including with my daughters father, so when he left us when she was three years old it became just her and I, all my time was devoted to her. I never went out and left her anywhere the only place I went was to work and I left her with her grandma. We had a very special relationship. I would always tell her that she was my heart, and she is. I did everything I could to let her know how loved she was, my main objective was to never make her feel that something was wrong with her because her dad left us. On the contrary, I told her that her dad loved her and that although her dad had gone to jail the only thing that could keep him from her was bars but the second he got out he would come back to her. My mother used to tell me that my dad didn't love me and that’s why he left. I swore I would never do that to her. My mom tried to get me to hate my dad but it made me hate myself, I swore I would never hate him more than I loved her. When my daughter’s dad came back when she was six, I immediately let him back into her life, I know how important it is to have a father (a good father) in a girls life. I always put her first except for when I did this.

I believe another factor that contributed to my circumstance was my struggle with addiction and my mental health. I had started doing methamphetamine shortly after my ex- left us because I had been diagnosed with severe anxiety disorder, severe social anxiety disorder, PTSD, severe depression, and agoraphobia. When he left us in the middle of the night and stole all of our money, I had to go back to work, but I couldn't function, so I reverted back to the addiction I had left 15 years earlier. I was only smoking it and then swallowing it until I met my co-defendant. Then I started shooting it. It was the night that I sent the pictures was the first time it was shot into my neck. He had been hinting at me taking pictures for a couple of weeks but I ignored it. It was this night that I made the worst mistake of my life. This "relationship" lasted no longer than 2 1/2 months. At this point I was living a double life.

I believe now that when he couldn't get me to take the pictures the meth shot into my neck was the catalyst. I felt so guilty about what I had done, I was never going to do it again. At the same time his roommate and Truitt were threatening me with exposing me for what I had done that they were making me participate in sexual activity I didn't want to do. Even to the point I had to prove that I had my daughter with me (because she would sometimes go to her dads house on the weekends) because he knew I wouldn't leave when I had her and he would never come around her. I told him what he wanted hear for two reasons. First and foremost was I didn't want him to expose me, not because I was afraid of jail I was more afraid of my daughter finding out what I had done. I was in a trap of what I had always known to be love. The only time I ever saw him was when she was at her dads house. That's when I became lonely. When I had my daughter 99% of the time I ignored him. I didn't need anyone else but her. It wasn't very long after I found out I was pregnant and how horribly he treated me, that I stopped with the shooting up of meth and then when into intensive out patient program that lasted a year. This was in late December 2018. I had a miscarriage by the grace of God. I pushed what I had done out of my mind and convinced myself that it had never happened. What I did and what I said wasn't me. In the midst of this drug and sexual abuse frenzy I was trying to please someone that I never should have wanted to please, but this type of "love" was all I knew. This is what I thought love was. My daughter's father also used sex to manipulate me as well. During our relationship he cheated multiple times, and even after he was married he would use our daughter to manipulate me into having sex with him. Although I didn't want to continue a sexual relationship with him I felt compelled to protect my daughter and her relationship with her father. All of these things I was experiencing no one knew about. I felt like I was living a double life.

Who I really was, was who I was every other day besides 8/28/2018. I worked for a foster family training association for 5 years. I was the early childhood education director, where I worked directly with children who were so severely physically, sexually abused and neglected that they could not participate in a traditional classroom setting. I devised and implemented trauma based educational procedures to help with barriers to learning. I encouraged children to use their voices in court proceedings. I supervised visitation between bio-parents and children and helped build lines of trust and communication between bio-parents and foster children, bio-parents and foster parents and foster children and foster parents. I volunteered on the coalition to stop human trafficking. I then wrote program statements to implement new programs into a new location. I focused primarily children aging out of the system and the lack of resources available to them and tried to be a voice for the lost. I tried to help the next generation of lost children. I tried to keep kids from making the same mistakes as I did.

I volunteered in my daughters classroom 2-3 weekly from K-6th grade. In 2018 my daughters friend Rozylynn came to live with us and did for five years because one day at a mommy & me picnic her mom didn't pick her up and it took a week to get ahold of her

mom. I treated her just like I did my daughter. She went from failing out of school and suicidal to straight A student with a high self-esteem. I also feel remorse for how my actions affected her life as well.

I know that I have caused damaged that can not be excused. I was not thinking when I did it that she would find out, or that it would of effected her. I wish that thought would of gone through my mind and this never would of happened. Her trusting me and trusting herself, having a high self esteem, knowing that she was loved unconditionally, having a healthy relationship with herself and with others. I know I have severely damaged all of these things. I do know that built a strong foundation. I am willing to do whatever my daughter needs to heal. I love her so much. The fact that I should be the one helping her through her teenage years, the most difficult times in our lives and I ruined it for her. I always helped her to communicate her feelings and work through whatever she was going through. I ruined all of that, I make no excuses.

I decided two years ago that I was not going to waste one minute of the heartache and devastation that I have caused. In February of 2024 in a agseg jail cell God found me. I was in that agseg jail cell because I had been in another fight. I was so angry with myself over what I had done that I took it out anyone who would provoke me. The day God found me my life started to change. I was on three different anxiety meds and another anti-depressent medication. I am no longer on any psyc medications. I am anxiety free and no longer suffer from depression. God has used me to bring over 120 people to Christ. I hold a daily Bible study; I mentor two people in discipleship. I also hold a separate Bible study for two girls who used to shun me because of my charges one is a prostitute and the other for counterfeit money both here on violations. In addition I also mentor two people in the hustle 2.0 MBA program. I have 20 years of experience in business and I have enough credits to graduate with my MBA from Purdue University, so when I saw the opportunity to help others succeed by learning skills and concepts that will help reduce recidivism and show the love of Christ I took it.

As I stated before I will not waste one moment of the hurt and devastation I have caused so I have decided that when I get to prison I will get my PhD in psychology and my masters in theology and become a Christian psychologist. I want to help women work through their trauma and addictions along with finding and building a strong relationship with Jesus. I know what it has done for me. I no longer have addictive tendencies, anxiety or depression that I had struggled with since I was 13 yrs old. I have forgiven everyone who has ever hurt me which has changed my life. I no longer live to please anyone but Jesus. That's who I was searching for the entire time. I now live to serve people in the name of Jesus, I am honest about what happened in my life and where it led me to. The darkest place I have ever been, I see so many women headed in the same direction so my life’s work will be allow God to work through me to change peoples lives, I am not just looking to when I get out to start to use my education I am planning to teach business

classes, tutor inmates in GED and college courses, volunteer everyday in the chapel. I am learning greek because that is the original language of the new testament. Once my education in psychology allows I will make available group and individual counseling sessions and I will continue to hold daily Bible study. I owe it to my daughter to do everything I can to not let her pain go to waste. I know God has a purpose and a plan for each of us.

I am not a threat to society. My co-defendant and I are not the same. He manipulated me with drugs and what I thought was love. I did not practice this behavior. If I got out tommorow I would never be back under any charge but especially one like this. I am so opposed to what I did, I have been celibate and now married to Jesus. I will never have sex again, it feels like it would be a betrayal to my daughter. I never want her to be reminded by anything I do of how I betrayed her trust and took away the loving mom that she knew. If you were to ask anyone what I value most they would first say God and then my daughter. I would give anything to have lived by these principals 8 years ago but I can't. I can only move forward and use my mistakes as an example to other women. I want women to get out and have the skills, confidence, and faith for a successful reentry.

I would like to participate in the FIT program (trauma related) R-DAP for drugs and R-DAP for sex offenders. I know I don't qualify for FSA but that wont stop me from improving myself.

I have been diagnosed with ovarian cancer. I have cist on my uterus along with the irregular bleeding a OBGYN told me on 10/1/26 that it is diagnosed as cancer until proven otherwise. Along with my family history (my mom had ovarian cancer and she died of breast cancer) and the spot on my right breast it doesn't look good. I just hope that I have a chance to reconcile with my daughter before its to late.

I am sorry for the length of this letter but it is my last chance to show you who I am. I ask that you show me mercy not based on what I did but on what I have done and will continue to do. I take full accountability for my actions. For five years after I committed my crime I took steps to make things better. I stopped the relationship, I went into rehab, I went back to college almost getting my MBA, I helped foster kids, I even took in my daughters friend and loved her like my own child. I know none of these things can undo what I did or make up for my actions, but I hope they show that I am sincerely trying to change and become a better person. What accountability means to me isn't just punishment. Accountability requires action, acknowledgement of my impact and genuine remorse, and an attempt to make things as right as possible, ideally with those that I have hurt. Lastly putting in the incredibly hard labor of making sure that it never happens again. I can't apologize to my daughter and her dad and stepmother yet but as soon as I can I will.

Becoming a Christian psychologist is my way of helping other people take and embrace accountability. Not just people with drug cases but also people with sex charges. Since my arrest, God used me to bring 120 people to Christ multiple disciples of Christ; therapy; daily Bible study, work hard to help women not come back.

I will be 49 years old in January. I ask the Court to look at more than just my crime. I hope you will also consider the person I was before this happened, the changes I have made since the offense, my efforts while in jail, and my plans to continue doing better while in prison. I know I cannot change what I did, but I want to make better choices and do something good with my life. I respectfully ask for a lenient sentence so that I can return home and make a positive difference in the lives of others.

Thank you for your time.

Amber Lowe