Dear your Honor,

My name is Mikaela Cuevas I am held in NSDC with Amber Lowe. when I first met her back in December of 2025 another inmate told me about her charges and I did not like her I told her to stay away ~~of~~ from me or I would slap her. At the time I would see her doing bible studies and really in tune with god I would think god would never forgive her for what she did but regardless of what I felt she continued being kind and worshiping god. It is now October of 2026 and Amber has helped me with myself and to have a better relationship with god and to leave all my problems to him. I dont think I would have ever done that if it wasnt for her. I know what she did isnt right but she shows alot of remorse and guilt. I am asking you to please show her some mercy.

Thank you,

Your honor,

My name is Deja Keys and I am currently in NSDC with Amber Lowe. When I first came and I heard about her charges, I wasnt a fan especially because I am from LA and we politic so I didnt want to be in the same unit as her. Me and another person who is a transgender used to give her hell and she would still be nice. We were ~~conf~~ confused. We disliked her so much we starte a riot, but this is when the turn over came. She was moved over next to us, which made us even more mean to her. But this one particular day it was bible study and her and my transgender friend went and that's when thing's started to change. Ms. lowe is very smart and she has come up with my entire business plan, including my mission statement, my core values and my financial planning. She has completely brought my business to life. Now she can be very controlling but she guinenly wants what's best for me. Everyday for an hour and a half she make's me pray before I workout and she teaches me business concepts with hustle 2.0, then everyday at count we read a scripture. Anyone can ask her for help and she genuinely helps them, she will hold you to a standard of accountability. →

But trust she has helped me with my mouth, with the way I talk, if you only knew me and was in my face, she helps me want to change my life and show a difference in my community. Now what she has is integrity and she is very remorseful. What she did was her biggest mistake and it messed her life up. Between me & ms lowe we have good days and bad days. I show her tough love and she shows me how to be a successful woman. Ms. lowe is smart and kind and she is important to this world. I am asking you to show her mercy & compassion.

-[signature]

Your Honor,

My name is Ashley Bradley and I am writing you today pertaining to someone I met while incarcerated at the Southern Nevada detention center. Amber lowe isn't someone who's past I can speak on and while we all make mistakes being with and interacting with her daily has shown me that people change. I know I haven't known her long but she has changed my life tremendously. Amber introduced me to the lord in a way I've never been able to receive him before. She is so patient and so kind to everyone she has came in contact with since meeting her. She goes above and beyond for any and everyone. I came in here a very angry and bitter person having gone through things without the proper counseling I hated the world and everyone in it. Amber has worked with me and through our one on one talks along with the bible study we do daily she has helped me to shed the hatred and annomosity I've held onto for way to long. I honestly don't know if I would be where I'm at in this journey without incident if it weren't for Amber. The matter of time you've known someone doesn't matter if from the very beginning they helped you become a better person while doing so for themself. Thank you for your time.

Ashley Bradley

To: Judge (your Honor) 9.30.2026

THIS IS TO INFORM YOU, THAT I HAVE KNOWN AMBER LOWE, FOR A month AND A HALF NOW, IN HER I SEE A VERY SPIRITUAL, PERSON NOT TO MENTION HUMBLE TO EVERYONE IN THE UNIT. AMBER, HAS BROUGHT HOPE, AND INSPIRED WOMEN, IN HERE INCLUDING MYSELF.

SHE HOLDS ~~AR~~ our BIBLE STUDIES DAILY WHICH I ENJOY ATTENDING. I KNOW IT'S ONLY BEEN A SHORT WHILE KNOWING AMBER, SHE COMPASSIONATE, FRIENDLY, AND JOYFUL, NEVER IN A DULL MOOD, SHE SOMEONE I ENJOY BEING WITH AND SOMEONE I CAN TURN TO. SHE IS BEEN A BLESSING TO ME. SO your HONOR, I ASK THAT YOU HUMBLY, SEE THE PERSON SHE HAS BECOME NOW AND HAVE MERCY ON HER SENTENCING.

THANK YOU
Lorina Fejeran
[signature]
00501571

To whom it may concern,

My name is Jade moen and a little over a month ago I came to Nevada Southern detention Center and met Amber Lowe. I am writing this because, even though I've only known her a short period of time, I genuinely believe that she is a good person who made a terrible mistake. She has put so much work into herself since she's been incarcerated. She has been teaching me about God, she inspires me to be a better person. I don't have too much to say besides the fact that I believe Amber deserves a second chance. whether she is in prison or has freedom, I believe she is going to change lives in the most positive way.

Jade moen

To: Whom it may concern: From: elessard

Date: Feb. 3, 2026 Re: amber L.

In the time Ive spent with amber I can say that she has only shown compassion and kindness to others around her. She has held positive and strong willed in times of tribal. This environment test us and challenges us on a daily basis, and this is where I feel amber has shared her compassion with people like myself.

Overall I find that amber is a positive person and shares and has taught me how to be a kinder person in my own self.

elessard

1/29/26

My name is charo I met Amber Lowe here at NSDC about 4 months ago. This is a Charter Refrence based upon my experience with her.

Since my arrival here Amber has been a heaven sent help for me as i am confined to a wheelchair and have many other health issues She has gone above and beyond to make my life easier voulantary like getting me to the restroom in a timely matter before I urinate on myself, she changes my bedsheets when i do soil them, she gets my clothes to the laundry and when they retrun she folds them and puts them away, She gets me to the shower and helps me get dressed, I have to wear depends and she helps me get them on and off. She makes sure I get my meals, She cleans my dishes She gets me to the metcation line. She takes time out of her day to sit down and speak kind and encouraging words as I sometimes get depressed, and filled with anxiety. She reads the Bible to me and gives a Bible study daily to those who choose to join, every time we get New ladies she welcomes them and makes sure the have what they need. what she does for me is has been completely Voluntarily as she also holds down a Job. She is the Only person here who is willing

to help me in this way. due to the fact that sometimes I do urinate on myself nobody ever really talk's to me but the also encourage her no to help me. She understands that its not lazine but bladder problems. I am diabetic, I have hear failure, I cant walk due to no cartilage in my knees, I have Hypertencion, High blood pressure I have alread had a had a heart attack have 3 bulging discs in my Back - because of my heart problems I retain so much water and am on a high dose of water pills which is the reason for my fluent urination. I have quit taking my water release pills and amber found out by myself because I could not breath well due to water around my heart so now she is extra attentive making sure I take this medication. I also have AFIBB. With all these conditions I truly belive she has taken a part in saving my life. Just a week ago the Dr. told me I was on the verge of a stroke so I truly thank the Lord for her presense in my life and making sure I tak All my meds every day.

She isn't what her charges say she is. please consider giving her mercy when deciding her length of sentencing. please decide on the minimum amount of time on her sentencing Thank You for your time

[signature]

To whom This Letter may Concern, 3/5/26

may I Please get your attention, and express myself about an amazing Human I have had an honor in meeting. my name is Jackie, and I have Been in This system over 12 years of my Life and has met 100's of women whos Stories Some times Shocks and hurts my heart hearing what some of These women has done. I met Amber 2/6/26 and its not a very long time to say I know her but enough time to say im getting to know who she is. When I came to Cric Civic alot of women stopped me and said don't speak to Amber her case involves her child. I immediatly went into institutional Jackie and at that moment starting to Judge her and stereotype her Character. Then one day God spoke to me in my heart and said talk to her, and I did. I asked her about her case And We cried and talked And she Was not The women Every one Was Saying she Was. Amber has Been my Sister in Christ and We have shared a lot of Crys and Talks And she is very sorry for what she has done, She has humbled herself and she Loves God And She Shares What little she has even to

people who hurt her, She is very kind hearted, She helps people, She was a care giver for a Women who was in a Wheel Chair and even changed her diapers. So show's her character that she is a kind, helpful, loving Women who cares bout others before herself. I really like her, and I like her personality She is funny. She Loves God And She is now a stronger Women, And I Believe She will make her life worth alot after what she has Been threw. She will Value life and not take anything for granted. I pray for her every day.

Thank you for Reading my letter I pray you open your heart and show mercy on her and give her a sentence that fits her crime.

Thank you Again

[signature]

To Whom it May Concern: 2-3-26

I am writing this letter in support of Amber Lowe. She is hands down the kindest, humble, and one of the most genuine people I've met during my incarceration of 8 years. Amber has a beautiful relationship with Christianity and it constantly shows in her character.

Since knowing Amber I've witnessed her try to save everyone she comes into contact with spiritually. She is always generous and kind to everyone even the undeserving. Amber is constantly mentoring young women on the dangers of picking the wrong relationship and uses her case as an example. Because of her relationship with God and her sense of accountability and remorse for her case she is a good influence on the women here. She is proof that God saves all and transforms those who follow his path.

I am a firm believer in the justice system and I feel a critical part of the justice system is mercy. Please consider Amber's evolution into becoming the person she is today. Thank you,

February 10, 2026

CHARACTER REFERENCE - Amber Lowe

To Whom It May Concern,
My name is Amanda Angle and I met Amber during my stay at Lerdo Pre trial facility in the year 2025 and I feel that I am very lucky to have met her. She was of great help to me on my spiritual journey. She taught me a lot about the Christian faith and helped me to find my way in accepting Christ as my personal savior. I remember our time as bunkmates fondly, we did bible study daily until she was transferred. I'm now waiting for a bed to open at The Mission in Bakersfield so I can start my discipleship Program. I was thrilled to see Amber and share my plans with her because I know without her influence I would not be on this path. I also see a difference in Amber today compared to who she was a year ago. I see that she's grown and shows a more peaceful attitude. She's absolutely overflowing with positivity. I can only hope to reach a similar place in my own journey! I consider her my spiritual role model and am very greatful to have had the opportunity to get to know her.

Thank you,
Amanda Angle #2389312